# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Citadel Watford City Disposal Partners, LP
    Debtor

Bankruptcy Case No.: 15–11323–KJC

Bankruptcy Chapter: 11

---

Citadel Watford City Disposal Partners, L.P.

    Plaintiff

    vs.

Citadel H20, LLC

    Defendant(s)

Adv. Proc. No.: 16–51549–KJC

## JUDGMENT BY DEFAULT

On 2/1/2017, default was entered against defendant(s) Citadel H20, LLC . The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Citadel H20, LLC in the amount of $497,382.57 plus court filing costs in the amount of $350.00.

In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. 1961.

Date: 2/1/17

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN–433a)